UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| VILLAGE OF ARLINGTON HEIGHTS, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

Defendants the Village of Arlington Heights and Mark Del Boccio, by their attorneys Iain D. Johnston of Johnston Greene LLC and Jack M. Siegel of Holland + Knight, respectfully remove the above entitled action to this Court, pursuant to 28 U.S.C. §1441 (a), (b), (c) and §1446, on the following grounds:

1. On April 12, 2011, the Defendants were named in a civil action initiated that day in the Circuit Court of Cook County by Jane Doe ("Plaintiff"), case number 2011 L 3798, entitled Jane Doe v. Village of Arlington Heights, Village of Arlington Height Police Officer Mark Del Boccio. A copy of the complaint filed in this action is attached exhibit #1. (hereafter the "Complaint".)

2. Defendant Del Boccio first received a copy of the Complaint on about April 15, 2011. On April 21, 2011, the undersigned accepted service on behalf of the Village of Arlington Heights. This Notice of Removal is being filed within 30 days of the Defendants' receipt of the Complaint.

3. The Plaintiff brings this action against the Defendant Del Boccio in his capacity and for his actions as a police officer of the Village of Arlington Heights, Illinois and pursuant to

1

42 U.S.C. §1983 and Illinois common law. Plaintiff also brings this action against Defendant Village of Arlington Heights under a *Monell* theory, among other things.

4. It appears from the face of the Complaint that this matter is primarily a civil rights action, which arises under the U.S. Constitution and involves a federal question. The Plaintiff alleges, among other things, that the Defendants acted with deliberate indifference in failing to protect her from the criminal acts of third parties, in violation of her constitutional rights. Consequently, original federal jurisdiction exists under 28 U.S.C. §1331 and 28 U.S.C. §1343.

5. Removal is proper pursuant to 28 U.S.C §1441 and 28 U.S.C. § 1443.

6. Notice of this Removal shall be given to Plaintiff's counsel and filed with the Circuit Court of Cook County in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendants the Village of Arlington Heights and Mark Del Boccio respectfully request that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, case number 2011 L 3798, be removed to this Court.

Respectfully submitted,

Defendants the Village of Arlington Heights and
Mark Del Boccio

By: s/ Iain D. Johnston
Iain D. Johnston

Iain D. Johnston (ARDC #6204667)
JOHNSTON GREENE LLC
542 South Dearborn Street, Suite 1100
Chicago, IL 60605
(312) 341-3900
Fax: (312) 341-0700

Jack M. Siegel
Holland + Knight
131 South Dearborn Street
30th Floor

Chicago, IL 60604
(312) 263-3600

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Defendants' Notice of Removal** were served to the following attorney on April 26, 2011 by depositing it in the U.S. Mail at 542 S. Dearborn, Chicago, Illinois:

> Steven Garstki
> Stoller & Garstki
> 55 West Washington, Suite 2505
> Chicago, IL 60602
> (312) 263-4443 Phone
> (312) 263-5010 Fax

By: s/Iain D. Johnston